

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00454-CV

Pete Escalante **GUTIERREZ** d/b/a Fast Cash Refund Express,
Appellant

v.

**M2G REAL ESTATE, LTD**. f/k/a B&M Real Estate, Ltd.,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07756
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant Pete Escalante Gutierrez d/b/a Fast Cash Refund Express.

SIGNED September 9, 2015.

_____
Rebeca C. Martinez, Justice